**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GEORGE FREM,                                No. C 06-03756 CRB

12                Petitioner,                    **ORDER TO SHOW CAUSE**

13        v.

14   DAVID STILL, et al.,

15                Respondents.
                                        /
16

17        On June 14, 2006, petitioner filed a Petition for Hearing on Naturalization Application

18   seeking an order compelling respondents to adjudicate his naturalization application, or, in

19   the alternative, to remand to the United States Citizen and Immigration Service for

20   immediate adjudication pursuant to 8 U.S.C. section 1447(b).  It is hereby ORDERED that

21   respondents show cause why the petition should not be granted.  Respondents shall file a

22   brief setting forth their position on the petition no later than August 11, 2006.  Petitioner may

23   then file a Reply no later then August 18, 2006, at which time the Court will determine

24   whether oral argument is necessary.

25        **IT IS SO ORDERED.**

26

27

28   Dated: July 24, 2006                    _____
                                              CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3756\osc.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28