KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants/Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE FREM,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>DAVID STILL, District Director, San Francisco Office of the United States Citizenship and Immigration Services ("USCIS"); EMILIO GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General of the United States,<br><br>Defendants/Respondents. | No. C 06-3756-CRB<br><br>**STIPULATION TO DISMISS; AND ~~[PROPOSED]~~ ORDER** |

Plaintiff/Petitioner, by and through his attorney of record, and defendants/respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-captioned case without prejudice because the United States Citizenship and Immigration Services has committed to adjudicate the plaintiff/petitioner's application for naturalization by August 11, 2006.

Each of the parties shall bear their own costs and fees.

Date: August 10, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants/Respondents

Date: August 10, 2006

/s/
JEREMIAH JOHNSON
Reeves & Associates, APLC
Attorneys for Plaintiff/Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 14, 2006

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

[1] I, Edward A. Olsen, attest that both Jeremiah Johnson and I have signed this stipulation.